■ Marcelle Rabinovich, Respondent, v 136 East 56th Street Owners, Inc., et al., Appellants. [844 NYS2d 697]—Appeal from an order, Supreme Court, New York County (Paul G. Feinman, J.), entered on or about March 23, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Williams, Catterson and Kavanagh, JJ.

■ The People of the State of New York, Respondent, v Felix Soriano Guerrero, Appellant. [844 NYS2d 698]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered September 11, 2006, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him to a term of 19 years to life, unanimously affirmed.

We perceive no basis for reducing the sentence.

Defendant's claim regarding the imposition of a mandatory surcharge and fees is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would reject it (*see People v Lemos*, 34 AD3d 343 [2006], *lv denied* 8 NY3d 924 [2007]). Concur—Mazzarelli, J.P., Marlow, Williams, Catterson and Kavanagh, JJ.